UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

POINTERS, CLEANERS & CAULKERS
ANNUITY FUND, PENSION FUND &
WELFARE FUND, JOINT
APPRENTICESHIP TRAINING FUND,
INTERNATIONAL MASONRY
INSTITUTE, BRICKALYERS
INTERNATIONAL PENSION FUND,
BUILDING RESTORATION INDUSTRY
PROMOTION FUND *et al.*,

**ORDER**
24-cv-08501 (NCM) (TAM)

*Plaintiffs,*

– against –

AVALANCHE CONSTRUCTION GROUP,
INC. *et al.*,

*Defendants.*

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated February 6, 2026, from the Honorable Taryn A. Merkl, United States Magistrate Judge. ECF No. 25. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-00371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting

1

*Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for default judgment is granted. The Court finds that defendant Michael Jablonowski is personally liable for the final judgment as a fiduciary, and, therefore, defendants are jointly and severally liable. Plaintiffs are awarded $434,258.86 in damages: including (1) $285,712.52 in unpaid principal; (2) $66,514.48 in pre-judgment interest, calculated through December 31, 2025; (3) $65,112.61 in liquidated damages; (4) $10,550.25 in attorney's fees; (5) $769.00 in reimbursable costs and expenses; and (6) $5,600 in audit costs. Plaintiff is further awarded pre-judgment interest at a rate of $77.68 per day, calculated from January 1, 2026 through the date that the Clerk of Court enters final judgment. Plaintiff is also awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to enter judgement consistent with this Order and to mark the case as closed.

**SO ORDERED.**

  /s/ Natasha C. Merle
NATASHA C. MERLE
United States District Judge

Dated:       February 24, 2026
             Brooklyn, New York

2